# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

Christie S. Anderson

**SUMMONS IN A CIVIL CASE**

**V.**

CASE NUMBER:

Novartis Pharmaceuticals Corporation

**07 CV 2964**

TO: (Name and address of defendant)

Novartis Pharmaceuticals Corporation
One Health Plaza
East Hanover, New Jersey  07936-1080

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beatie and Osborn LLP
521 Fifth Avenue, 34th Floor
New York, New York  10175

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

APR 1 2 2007

DATE

(BY) DEPUTY CLERK

Case 1:07-cv-02964-JFK    Document 3    Filed 04/25/2007    Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action         **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | **SUBPOENA IN A CIVIL CASE, COMPLAINT AND JURY DEMAND** |
| EFFECTED (1) BY ME: | **PASCAL KUVALAKIS** |
| TITLE: | **PROCESS SERVER**                    DATE: **04/18/2007  02:45PM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

NOVARTIS PHARMACEUTICALS CORP.

Place where served:

ONE HEALTH PLAZA   EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

MAT GARRISON ESQ.

Relationship to defendant: ATTORNEY

Description of person accepting service:

SEX: M    AGE: 36-50    HEIGHT: OVER 6'    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BLACK    OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___        SERVICES $ _____.___        TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 4/18/20 07

_____ L.S.
SIGNATURE OF PASCAL KUVALAKIS
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

4/18/07
JSullez
JANIRA SANTIAGO-VELEZ
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 24, 2007

| | |
|---|---|
| ATTORNEY: | RUSSEL H. BEATIE, ESQ. |
| PLAINTIFF: | CHRISTIE S. ANDERSON |
| DEFENDANT: | NOVARTIS PHARMACEUTICALS CORP. |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 07 CV 2964 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

RR